EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex parte: | |
|---|---|
| | 2023 TSPR 71 |
| Aprobación de Cambio de Estatus Inactivo de abril de 2023 | 212 DPR ___ |

Número del Caso: EM-2023-0005

Fecha: 22 de mayo de 2023

Materia: Aprobación de Cambio de Estatus Inactivo de abril de 2023.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de Estatus Inactivo de abril de 2023

EM-2023-0005

RESOLUCIÓN

En San Juan, Puerto Rico, a 22 de mayo de 2023.

Durante el mes de abril de 2023, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a los(as) abogados(as) siguientes:

| | |
|---|---|
| 3,248 | Monroig Malatrasi, Antonio |
| 4,005 | Muñiz Arocho, Bernardo B. |
| 4,110 | Chaar Padín, Salim |
| 5,093 | Ydrach Vivoni, Laura G. |
| 5,619 | Cruz Ojeda, Víctor |
| 5,874 | Miranda De Hostos, José L. |
| 8,146 | Cortés Correa, Sara H. |
| 9,334 | Agosto Serrano, Ida L. |
| 10,495 | Martínez Ramírez, Víctor |
| 11,519 | Torres Vera, Luis |
| 11,865 | Millet Ocasio, Migdalia |
| 17,608 | Santiago Rodríguez, Karla Dannette |
| 20,788 | Delgado Martínez, Lucas |

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo